# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141405 & (16)(24)(27)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BARRY L. KING,
         Plaintiff-Appellee,

v

        SC: 141405
        COA: 298947
        Oakland CC: 2010-110251-CZ

OAKLAND COUNTY PROSECUTOR,
        Defendant-Appellant.

_____/

      By order of July 14, 2010, the Oakland Circuit Court was directed to provide reasons for denying the motion to consolidate. On order of the Court, the Oakland Circuit Court having issued an opinion and order on July 16, 2010, the application for leave to appeal the July 12, 2010 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to waive the requirements of MCR 7.302(I), 7.209(A)(2), and 7.209(A)(3) is DENIED as moot. The motion to strike is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

p0830